UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WALTON, | 1:05-cv-00219-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING COMPLAINT/ ACTION** |
| T. VO, M.D., A. YIN, M.D., | |
| Defendants. | |

　　Raymond Walton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On December 12, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed December 12, 2006, are ADOPTED IN FULL; and,

    2.   The Complaint, and therefore this action, is DISMISSED pursuant to Local Rule 11-110, for Plaintiff's failure to obey the Court's order of October 4, 2006, for Plaintiff's failure to prosecute the action, and because the Complaint fails to state a claim for relief.

IT IS SO ORDERED.

**Dated:   February 15, 2007**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

2